NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5064

BANNUM, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

DISMAS CHARITIES, INC.,

Defendant-Appellee.

Michael A. Gordon, Michael A. Gordon PLLC, of Washington, DC, argued for plaintiff-appellant.

Delisa M. Sanchez, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel on the brief was Dionis M. Gauvin, Attorney Advisor, Office of the General Counsel, Commercial Law Branch, Federal Bureau of Prisons, of Washington, DC.

Daniel S. Herzfeld, Pillsbury Winthrop Shaw Pittman LLP, of McLean, Virginia, argued for defendant-appellee Dismas Charities, Inc. With him on the brief were Alex D. Tomaszczuk and Orest J. Jowyk.

Appealed from: United States Court of Federal Claims

Senior Judge John P. Wiese

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5064

BANNUM, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

DISMAS CHARITIES, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the      UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S).            09-CV-015

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, RADER, and PROST, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  November 5, 2009         /s/ Jan Horbaly
                                Jan Horbaly, Clerk